**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LEANDER ANDERSON**<br>325 Franklin Street NE<br>Washington DC 20017<br><br>Plaintiff<br><br>v.<br><br>**UNITED STATES OF AMERICA**<br><br>To Be Served Upon:<br><br>Loretta Lynch, United States Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>and<br><br>Channing D. Phillips, United States Attorney for the District Of Columbia<br>555 4th Street, NW<br>Washington, DC 20530<br><br>Defendant | Case No.: |

**COMPLAINT**
**(United States Tort Claims Act for Negligence and False Imprisonment)**

Leander Anderson, Plaintiff, by and through undersigned counsel, files this Complaint and states:

**Parties**

**1.** The Plaintiff is a citizen residing in the District of Columbia.

**2.** The Plaintiff is also known as Leander Paul.

**3.** The Plaintiff is not currently incarcerated.

**4.** The Defendant is the United States of America, a governmental entity.

**Jurisdiction and Venue**

**5.** Suit is filed under the Federal Tort Claims Act. Jurisdiction is based upon 28 U.S.C. § 1346.

**6.** Suit is brought in the judicial district where the Plaintiff resides.

**7.** On March 7, 2016, less than two years after the claims herein arose, the Plaintiff served a notice of claim upon the appropriate federal government agency (Bureau of Prisons, or BOP) and its counsel (BOP General Counsel).

**8.** On September 2, 2016, less than six months from the filing of this suit, the federal agency formally denied the claim in writing.

**Facts Common to Both Counts**

**9.** On July 14, 2014, the Plaintiff was sentenced to six months incarceration in *United States v. Leander Paul*, 2013-CF3-193610, and transferred to the BOP to serve her sentence.

**10.** As of her sentencing date, the Plaintiff had already served 147 days and was due to be released on August 19, 2014.

**11.** The BOP employees responsible for calculating the Plaintiff's sentence calculated her time already served as 34 days instead of 147 days, and calculated her release date to be December 10, 2014, instead of August 19, 2014 (a difference of 113 days).

**12.** The Plaintiff's trial counsel learned that the Plaintiff was being detained past her correct release date and filed a motion in the underlying criminal case for an order of release, which was granted shortly after filing.

**13.** The BOP detained the Plaintiff more than 74 days past her correct release date.

**Count 1 (Negligence)**

**14.** The paragraphs preceding Count 1 are incorporated by reference as if fully set forth herein.

**15.** The BOP employees responsible for calculating the Plaintiff's release date owed the Plaintiff a duty of reasonable care in reviewing her records and calculating a correct release date so that she would be released upon the expiration of her sentence. The BOP employees negligently breached that duty.

**16.** The negligence of the BOP employees caused the Plaintiff to be detained more than 74 days past her correct release date, causing the Plaintiff to suffer incarceration with the accompanying restrictions and indignities, loss of liberty, and physical and mental injuries and suffering.

**Count 2 (False Imprisonment)**

**17.** The paragraphs preceding Count 1 are incorporated by reference as if fully set forth herein.

**18.** By detaining the Plaintiff beyond his release date, the BOP deprived the Plaintiff of personal liberty without her consent and without legal justification.

**19.** This false imprisonment caused the Plaintiff to be detained more than 74 days

past her correct release date, causing the Plaintiff to suffer incarceration with the accompanying restrictions and indignities, loss of liberty, and physical and mental injuries and suffering.

## Request for Relief

**WHEREFORE**, Plaintiff demands judgment for compensatory damages of $150,000.00, attorney's fees, post-judgment interest, and such other and further relief as may be appropriate.

Respectfully submitted,

/s/Sean R. Day/s/
Sean R. Day (Bar No. 452420)
7474 Greenway Center Dr Ste 150
Greenbelt MD 20770-3524
301.220.2270
301.220.2441 fax
*Sean@DayInCourt.Net*
Attorney for Plaintiff